UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR NAVARRO TORRES, JR., <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | Case No. 24-cv-04340-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by **June 16, 2025** or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: April 11, 2025

_____
Richard Seeborg
Chief United States District Judge